

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| *Harry P. Morgenthau*<br>Assistant United States Attorney | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>harry.morgenthau@usdoj.gov | main:  (973) 645-2700<br>direct: (973) 645-2884<br>fax:    (973) 645-2702 |

January 20, 2026

**BY ECF**                                                          **ORDER**
Hon. Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen United States Courthouse
Camden, NJ 08101

      Re:    *Geincharles v. Rokosky,* No. 26-150
             Request for Extension of Time to Respond

Dear Judge Kiel:

      This Office represents Respondents in the above-referenced matter. We write to apologize for our oversight in failing to timely respond to Petitioner's petition and motion by January 16, 2026, *see* ECF No. 3, which was due to an administrative error by the undersigned. In light of this error, we respectfully request that Respondent's time to respond be extended until tomorrow, January 21, 2026, and that Petitioner's time to reply be extended until Friday, January 23, 2026. Petitioner's counsel has kindly consented to this request.

      We thank the Court for its attention to this matter.

                                                              Respectfully submitted,

**So Ordered.**                                            TODD BLANCHE
                                                         U.S. Deputy Attorney General

     */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**                                  JORDAN FOX
**Date: January 21, 2026**                                Chief of Staff to the
                                                         Deputy Attorney General
                                                         Associate Deputy Attorney General
                                                         Special Attorney

                                             By:    *s/ Harry P. Morgenthau*
                                                         HARRY P. MORGENTHAU
                                                         Assistant United States Attorney
                                                         *Attorneys for Respondents*